106 A.3d 1293

In re PETITION TO SUBMIT BALLOT QUESTION
TO CONCORD TOWNSHIP VOTERS.

Delaware County Board of Elections, Intervenor.

Petition of Colette Brown.

Supreme Court of Pennsylvania.

Oct. 17, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of October, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue as, as stated by Petitioners, is:

Does 53 P.S. § 55207 *restrict* granting of a registered voter petition to submit to voters of the subject township, a ballot question for reclassification to First Class, to the first municipal or general election at least ninety days after *only* the ascertainment of the minimum population density specified in the statute of three hundred inhabitants per square mile, or does 53 P.S. § 55207 *require* submission of the ballot question to voters of the subject township at the first municipal or general election at least ninety days after *both* the ascertainment of minimum population density and after a petition signed by five per centum of the registered voter of the township is filed with the court?

It is further ordered that the matter will be **SUBMITTED** on the briefs. The prothonotary is directed to set a briefing schedule.